COMMONWEALTH of Pennsylvania,
Respondent,

v.

Edwin Warren HILL, Petitioner.

Supreme Court of Pennsylvania.

April 27, 1999.

Raymond D. Roberts, Asst. Public Defender, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 27th day of April, 1999, the petition for allowance of appeal is **granted limited** to the issue of whether the violation of Pa.R.Crim.P.Rule 1405 entities Petitioner to a discharge. Furthermore, the order of the Superior Court as it pertains to the Rule 1405 issue is **vacated** and this matter is **remanded** to the trial court for an evidentiary hearing and argument concerning the defendant's right to relief for untimely sentencing. *See Commonwealth v. Anders,* —— Pa. ——, 725 A.2d 170 (1999).

John WITHERSPOON, Petitioner,

v.

CITY OF PHILADELPHIA, Respondent.

Supreme Court of Pennsylvania.

April 28, 1999.

Richard G. Freeman, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 28th day of April, 1999, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the following issue:

In determining whether the statute of limitations has been tolled, must the court inquire into whether the plaintiff has made good faith efforts to serve process after the initial thirty-day service period has expired?